No. 00-10311.  CASTILLO ARBOLELLA v. GALAZA, WARDEN. C. A. 9th Cir.  Certiorari denied.

No. 00-10312.  BERES v. FAIRMAN, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00-10313.  DAUVEN ET UX. v. ST. VINCENT HOSPITAL AND MEDICAL CENTER ET AL.  Ct. App. Ore.  Certiorari denied.

No. 00-10314.  ECHAVARRIA-OLARTE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00-10315.  COLEMAN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 00-10316.  PALMER v. TAYLOR, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 00-10318.  JOHNSON v. UNITED STATES.  Ct. App. D. C.  Certiorari denied.

No. 00-10319.  BOYD v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 00-10320.  ALMONTE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00-10321.  BOYD v. MUELLER, DIRECTOR, FEDERAL BUREAU OF INVESTIGATION, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 00-10325.  JOELSON v. O'KEEFE, COMMISSIONER OF HUMAN SERVICES OF MINNESOTA.  C. A. 8th Cir.  Certiorari denied.

No. 00-10326.  MATTSON v. O'KEEFE, COMMISSIONER OF HUMAN SERVICES OF MINNESOTA.  C. A. 8th Cir.  Certiorari denied.

No. 00-10327.  CAPRICE, AKA BUCKHALTON v. O'KEEFE, COMMISSIONER OF HUMAN SERVICES OF MINNESOTA.  C. A. 8th Cir.  Certiorari denied.

No. 00-10328.  MCKENZIE, AKA KNIGHT, AKA ASKEW v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.